IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO: 10-61093 |
|    Crystal Brown ) | |
| ) | JUDGE |
| ) | |
|    Debtor (s) ) | Chapter 13 |

Amendment to Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

   ___A     ___B     ____C     _____D     ___E     ___F

   ___G     ___H     ___I     _____J     ____Matrix

       __Chapter 13 Plan__       Other

Debtor(s) represent that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
     Debtor(s) Crystal Brown certify under penalty of perjury that the forgoing is true and correct.

Executed on:12/15/10                         /s/ Crystal Brown
                                                Signature of Debtor

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address
listed on the amendments, this 15th  day of December 2010.  A copy was also served electronically upon the United States Trustee and Frank Pees , Trustee and the following list by regular US Postal mail:

                                      /s/ Erin E. Schrader
                                      Signature of Attorney

Creditors:

2:10-bk-61093|AES/PHEAA |PO BOX 8147|HARRISBURG, PA 17105

2:10-bk-61093|Ford Motor Credit Company, LLC

2:10-bk-61093|PRA Receivables Management LLC |POB 41067|Norfolk, VA 23541

2:10-bk-61093| |United States Bankruptcy Court|170 North High Street|Columbus, OH 43215-2414

2:10-bk-61093|5/3 Bank |PO Box 630900|Cincinnati, OH

2:10-bk-61093|AEP |PO Box 44701|Canton, OH 44701-4401

2:10-bk-61093|AES/PHEAA |PO Box 8147|Harrisburg Pa 17105

2:10-bk-61093|ASSET ACCEPTANCE LLC |PO BOX 2036|WARREN, MI 48090

2:10-bk-61093|AT&T Uverse |4120 International Parkway|Carrollton, TX 75007

2:10-bk-61093|American Electric Power |PO Box 2021|Roanoke, VA 24022-2121

2:10-bk-61093|Asset Acceptance |PO Box 2036|Warren, MI 48090-2036

2:10-bk-61093| Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215

2:10-bk-61093|Capital Management Services |726 Exchange St.|Buffalo, NY 14210

2:10-bk-61093|Cashland |17 Triangle Park|Cincinnati, OH 45246

2:10-bk-61093|Columbus Department of Utilities |910 Dublin Rd.|Columbus, OH 43215

2:10-bk-61093|Direct Merchants |PO Box 29468|Phoenix, AZ 85038-9468

2:10-bk-61093|Fashion Bug |1103 Allen Dr.|Milford, OH 45150

2:10-bk-61093|First Premier Bank |3820 N. Louise Ave.|Sioux Falls, SD 57107-0145

2:10-bk-61093|Ford Motor Credit |790093|Saint Louis, MO 63179

2:10-bk-61093|Ford Motor Credit Company LLC |c/o Reimer, Arnovitz et al.|2450 Edison Blvd.|Twinsburg OH 44087

2:10-bk-61093|GEMB/Care Credit |PO Box 981439|El Paso, TX 79998

2:10-bk-61093|GEMB/Lowe's |P.O. Box 103065|Roswell, GA 30076

2:10-bk-61093|Home Depot |PO Box 6497|Sioux Falls, SD 57117-6497

2:10-bk-61093|Household Credit Services |PO Box 98706|Las Vegas, NV 89193-8706

2:10-bk-61093|Infinity Realty Group |917 Poppy Hills|Blacklick, OH 43004

2:10-bk-61093|Midland Credit |8875 Aero Dr.|Suite 200|San Diego, CA 92123

2:10-bk-61093|PRA Receivables Management, LLC |As Agent Of Portfolio Recovery Assocs.|POB 41067|Norfolk VA 23541

2:10-bk-61093|Portfolio Recovery Associates, LLC |P.O. Box 41067|Norfolk, VA 23541-1067

2:10-bk-61093|Premier Bankcard/Charter |P.O. Box 2208|Vacaville, CA. 95696

2:10-bk-61093|Sallie Mae |P.O. Box 4600|Wilkes Barre, PA 18773-4600

2:10-bk-61093|Sallie Mae Trust |c/o Sallie Mae Inc.|220 Lasley Ave|Wilkes-Barre, PA 18706

2:10-bk-61093|Security Credit Services |2623 W. Oxford Loop|Oxford, MS 38655-5442

2:10-bk-61093|TARGET NATIONAL BANK |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121

2:10-bk-61093|Target National Bank |PO Box 673|Minneapolis, MN 55440-0673

2:10-bk-61093|UCB Collection Bureau |PO Box 165009|Columbus, OH 43216

2:10-bk-61093|United Consumer Financial Services |PO Box 856290|Louisville, KY 40285

2:10-bk-61093|Crystal Brown |4199 B. West Appian Way|Columbus, OH 43230

2:10-bk-61093|Erin E. Schrader |Rauser & Associates|5 E. Long Street, Suite 300|Columbus, OH 43215

2:10-bk-61093|Frank M Pees |130 East Wilson Bridge Road|Suite 200|Worthington, OH 4308